UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| JAMES MURPHY, on behalf of himself and All others similarly situated, | INDEX NO.: 1:18-cv-06708 |
| Plaintiffs | **SO ORDERED:** |
| vs. | *[signature]* |
| KUMON NORTH AMERICA, INC., | **George B. Daniels, U.S.D.J.** |
| Defendant | Dated: APR 1 2 2019 |

## STIPULATION OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff James Murphy, and Defendant Kumon North America, Inc. hereby stipulates the above-captioned action is voluntarily dismissed with prejudice as the parties have settled the case.

Dated: March 25, 2019

COHEN & MIZRAHI, LLP

By: *[signature]*
Joseph H. Mizrahi, Esq.
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Attorneys for Plaintiff

WINGET, SPADAFORA &
SCHWARTZBERG, LLP

By: *[signature]*
Dianna D. McCarthy, Esq.
Heidi M. Gootnick, Esq.
45 Broadway, 32nd Floor